ELDRED A. CARLEY, as Executor of AUGUSTA M. HARPER, Deceased, Respondent, *v.* ELIZABETH F. HARPER et al Respondents, and FLORENCE S. CLOYD et al., Appellants, Impleaded with Others.

(Submitted December 11, 1916; decided December 15, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 219 N. Y. 295.)